# Third District Court of Appeal

## State of Florida

Opinion filed April 21, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D19-1232
Lower Tribunal No. 14-10782

————————————

**Continental Motors, Inc.,**
Appellant,

vs.

**Carly Johnson, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Bryan Cave Leighton Paisner and Douglas E. Winter (Washington, DC); Wicker Smith O'Hara McCoy & Ford, P.A., and Alyssa M. Reiter (Fort Lauderdale); Skinner Law Group and Laurie A. Salita (Malvern, PA); Bowman and Brooke LLP and Wendy F. Lumish, for appellant.

Podhurst Orseck, P.A., and Joel D. Eaton, Ricardo M. Martinez-Cid and Lea P. Bucciero, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

The assessment of a fine for failure to comply with an order compelling discovery "must be predicated upon a finding of contempt." Channel Components, Inc. v. Am. II Elecs., Inc., 915 So. 2d 1278, 1283 (Fla. 2d DCA 2005). Because the sanctions order in this case explicitly finds that the attorneys' failure to comply "was not willful, deliberate and contumacious," we reverse the portion of the order imposing the fine. As to all other issues on appeal, we affirm without further discussion.

Affirmed, in part, and reversed, in part.